IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. 06 - CV - 00513-BB

MAR 2 3 2006

GREGORY C. LANGHAM
CLERK

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

JOHN T. ELLIOTT,

    Plaintiff,

v.

DENVER POLICE CHIEF GERRY WHITMAN,
SERGEANT JOHN SPEZZE #84046,
OFFICER LYNETTE NEDERHOED #98054,
OFFICER THOMAS SANCHEZ #99041, AND
THE CITY AND COUNTY OF DENVER,

    Defendants.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION

Plaintiff John T. Elliott has submitted a Prisoner Complaint. The complaint is in proper form. Therefore, the clerk of the court will be directed to commence a civil action. Plaintiff also has tendered the $250.00 filing fee. The clerk of the court will be directed to mail to the Plaintiff, together with a copy of this order, a receipt for full payment of the $250.00 filing fee. Accordingly, it is

    ORDERED that the clerk of the court commence this civil action. It is

    FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, a receipt for full payment of the $250.00 filing fee. It is

FURTHER ORDERED that process shall not issue until further order of the court.

DATED at Denver, Colorado, this 23rd day of March, 2006.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-CV-00513-BMB

John T. Elliott
Prisoner No. 1452221
Denver County Jail
PO Box 1108
Denver, CO 80201

    I hereby certify that I have mailed a copy of the **ORDER a receipt for the full $5.00 filing fee** to the above-named individuals on 3-23-06

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk