IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 06-cv-00513-REB-PAC

JOHN T. ELLIOTT,

     Plaintiff,

v.

DENVER POLICE CHIEF GERRY WHITMAN,
SERGEANT JOHN SPEZZE, #84046,
OFFICER LYNETTE NEDERHOED, #98054,
OFFICER THOMAS SANCHEZ, #9904, and
THE CITY AND COUNTY OF DENVER,

     Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 1 8 2006

GREGORY C. LANGHAM
CLERK

---

## ORDER REQUIRING SERVICE BY UNITED STATES MARSHAL

**Blackburn, J.**

     This matter is before the court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The court has granted the plaintiff leave to proceed *in forma pauperis*.

     **THEREFORE, IT IS ORDERED** as follows:

     1. That if appropriate, the Clerk shall attempt to obtain a waiver of service from each of the defendants;

     2. That if the Clerk is unable to do so, then the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders on each of the defendants; provided, furthermore, that if appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d);

3. That all costs of service shall be advanced by the United States; and

4. That after service of process, any defendant or counsel for any defendant having been served  shall respond to the complaint as provided in the Federal Rules of Civil Procedure.

Dated April 18, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00513-REB-PAC

John T. Elliott
Prisoner No. 69592
Trinidad Corr. Facility
PO Box 2000
Trinidad, CO 81082

US Marshal Service
Service Clerk
Service forms for: Gerry Whitman, Sgt. John Spezze,
Officer Lynette Nederhoed, Officer Thomas Sanchez,
and The City and County of Denver


I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to The U.S. Marshal Service for service of process on Gerry Whitman, Sgt. John Spezze, Officer Lynette Nederhoed, Officer Thomas Sanchez, and The City and County of Denver: COMPLAINT FILED 3/23/06, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 4/18/06 .

GREGORY C. LANGHAM, CLERK

By: _____
                Deputy Clerk