IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00513-REB-PAC

JOHN T. ELLIOTT,

    Plaintiff(s),

v.

DENVER POLICE CHIEF GERRY WHITMAN,
SERGEANT JOHN SPEZZE, #84046
OFFICER LYNETTE NEDERHOED, #98054,
OFFICER THOMAS SANCHEZ, #99041, and
THE CITY AND COUNTY OF DENVER,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Motion to Verify Service [filed May 18, 2006; Doc. No. 20] is **denied as moot.**  A Summons was returned executed by the U.S. Marshal for Thomas Sanchez on May 16, 2006 [Doc. No. 19].

Dated:  May 18, 2006