# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 06-cv-00513-REB-PAC

JOHN T. ELLIOTT,

    Plaintiff,

v.

DENVER POLICE CHIEF GERRY WHITMAN,
SERGEANT JOHN SPEZZE, #84046,
OFFICER LYNETTE NEDERHOED, #98054,
OFFICER THOMAS SANCHEZ, #99041, and
THE CITY AND COUNTY OF DENVER,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Joint Stipulation to Dismiss Without Prejudice** [#44], filed October 12, 2006. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Stipulation to Dismiss Without Prejudice** [#44], filed October 12, 2006, is **APPROVED**;

2. That this action **IS DISMISSED WITHOUT PREJUDICE** with the parties to pay their own attorney fees and costs; and

3. That any pending motion is **DENIED** as moot.

Dated October 13, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**